SEALED

FILED

AUG 20 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CHRISTOPHER OLSON,<br><br>                              Defendant. | CASE NO.  1: 1 8 MJ  0 0 1 4 4 EPG<br><br>**UNDER SEAL**<br><br>ORDER SEALING CRIMINAL COMPLAINT AND AFFIDAVIT |

IT IS HEREBY ORDERED that the Criminal Complaint in the above captioned case shall be

SEALED until otherwise ordered by the court.

DATED: _Aug. 17_ , 2018

_____
Honorable Erica P. Grosjean
United States Magistrate Judge

Order Sealing Application for Search Warrant          1
and Search Warrant