MCGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-mj-00144-EPG |
| Plaintiff, | ORDER TO UNSEAL COMPLAINT |
| v. | |
| CHRISTOPHER OLSON, | |
| Defendant. | |

This Complaint was sealed by Order of this Court.

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

DATED: 8/21/18

Hon. Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

**FILED**
AUG 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK